JOHN BICKERDIKE, Appellant, v. DANIEL DEAN, Appellee.

APPEAL FROM PIKE.

A justice of the peace has not jurisdiction to levy a fine for continuing an obstruction to a highway.

THIS was an action originally instituted before a justice of the peace, to recover the penalties provided for in the tenth section of the road laws, for obstructing and *continuing an obstruction* in a public road after notice to remove the same.

On the trial of the cause in the Circuit Court, judgment was rendered for the informer, the plaintiff below, and the defendant below brings the case to this court.

The notice served upon the defendant to remove the obstruction was as follows :

'' To Mr. *John Bickerdike, Sr., John Bickerdike, Jr., George Bickerdike, William Booland, Richard Bickerdike, and William Bickerdike:*

" You, and each of you, are hereby notified to remove the obstructions which you have placed in the public road leading from Detroit to Griggsville, both in Pike county, Illinois. Said obstructions are on that part of the road passing over the north-west quarter of the south-west quarter of section thirty-six, in township four south of the base line, range three west of the fourth principal meridian. If such obstructions are not moved, suit will be commenced for the penalty fixed by law.

HIRAM DEAN,
*Overseer of Roads of District No. 10, of said Township.*"

Defendant objected to the giving of this notice in evidence, which objection was overruled. This was the only notice given in evidence.

Plaintiff adduced evidence tending to show that defendant had obstructed a road leading from Griggsville to Detroit, which ran over the land described in the notice, and that the obstruction was continued for several days after the service of the above notice, and furthermore gave evidence tending to show that the road so obstructed had been used as a public road for over twenty years.

There was a judgment for plaintiff, for ten dollars debt, besides costs.

LOGAN & HAY, for Appellant.

C. L. HIGBEE, for Appellee.

CATON, C. J. The appellant was convicted before a justice of the peace, for continuing an obstruction in a public highway.

We decided in the case of *Crosby* v. *Gipps*, 19 Ill. R. 309, that a justice of the peace has no jurisdiction of the offense, and for that reason this judgment must be reversed.

*Judgment reversed.*